THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHAN BONDS<br><br>      Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | CASE NO. C18-0131-JCC<br><br>ORDER FOR SERVICE AND ANSWER TO § 2255 PETITION |

This matter comes before the Court on Petitioner Nathan Bond's 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence (Dkt. No. 1). As a threshold matter, Petitioner seeks this Court's disqualification pursuant to 28 U.S.C. §§ 144 and 455(a). But Petitioner fails to allege extra-judicial bias, a requirement under either provision. *U.S. v. Carignan*, 600 F.2d 762, 763–64 (9th Cir. 1979). Petitioner's motion for disqualification is DENIED. The Court, having thus reviewed Petitioner's motion and the files and records of the case, hereby ORDERS that:

  (1)  The Clerk shall direct a copy of this order to Petitioner.

  (2)  If not previously accomplished, electronic posting of this order and petition shall effect service upon the United States Attorney of copies of the 2255 motion and of all documents in support thereof.

  (3)  Within forty-five days after such service, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing Section 2255 Cases in United States

1 | District Courts. As part of such Answer, the United States should state its position as to whether an evidentiary hearing is necessary, whether there is any issue as to abuse or delay under Rule 9, and whether Petitioner's motion is barred by the statute of limitations.

(4) On the face of the Answer, the United States shall note the Answer for consideration on the fourth Friday after it is filed, and the Clerk shall note the Answer accordingly. Petitioner may file and serve a Reply to the Answer no later than that noting date.

(5) Filing and Service by Parties Generally

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system. Counsel are directed to the Court's website, www.wawd.uscourts.gov, for a detailed description of the requirements for filing via CM/ECF. All non-attorneys, such as pro se parties and/or prisoners, may continue to file a paper original of any document for the Court's consideration. <u>A party filing a paper original does not need to file a chambers copy</u>. All filings, whether filed electronically or in traditional paper format, must indicate in the upper right hand corner the name of the Judge to whom the document is directed.

For any party filing electronically, when the total of all pages of a filing exceeds fifty (50) pages in length, a paper copy of the document (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office for chambers. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."

Additionally, any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.

DATED this 31st day of January 2018.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE